UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANGELICA M. THIERIOT,<br><br>        Plaintiff(s),<br>   v.<br>CELTIC INS. CO.,<br><br>        Defendant.<br>_____/ | No. C 10-04462 LB<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR JANUARY 13, 2011** |

On October 1, 2010, Plaintiff Angelica Thieriot, on behalf of herself and all other similarly situated, filed this putative class action against Defendant Celtic Insurance Company, asserting claims for: (1) violation of California's Unfair Competition Law, California Business & Professions Code § 17200; (2) violation of California's Notification Act, California Insurance Code § 10199; and (3) unjust enrichment. Complaint, ECF No. 1. Defendant filed its Answer on November 4, 2010. ECF No. 5. The parties have now reached a settlement on Plaintiff's claims. As a result, on December 9, 2010, Plaintiff filed an unopposed Motion seeking: (1) preliminary approval of the parties' proposed settlement; (2) provisional certification a settlement class; (3) approval of a proposed plan for class notice; and (4) dates for a final settlement hearing and hearing on Plaintiff's motion for fees and costs and service award. ECF No. 6. Concurrently, the parties filed a Stipulation pursuant to Local Rules 6-1 and 6-2 requesting that the Court set a hearing date on the Motion for December 16, 2010 – a week after Plaintiff filed the Motion. ECF No. 11.

The Court has considered the parties' request for a hearing date of December 16, 2010. While

the Court understands the parties' interest in expeditiously presenting the issues raised in the Motion to the Court for approval, the first available hearing date on the Court's calendar is January 13, 2011, at 11:00 a.m.  Accordingly, the Court **HEREBY SETS** the Motion for hearing on that date.  If this presents a scheduling problem for the parties, counsel may contact Judge Beeler's courtroom deputy, Lashanda Scott, at (510) 637-3525 for information about other available dates.  The parties may then submit a stipulation re-setting the hearing for one of the alternative dates provided.

**IT IS SO ORDERED.**

Dated: December 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-04462 (Order Setting Hearing)

2