UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANGELICA M. THIERIOT,<br><br>    Plaintiff(s),<br>v.<br>CELTIC INS. CO.,<br><br>    Defendant.<br>_____/ | No. C 10-04462 LB<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR JANUARY 13, 2011** |

On October 1, 2010, Plaintiff Angelica Thieriot, on behalf of herself and all other similarly situated, filed this putative class action against Defendant Celtic Insurance Company, asserting claims for: (1) violation of California's Unfair Competition Law, California Business & Professions Code § 17200; (2) violation of California's Notification Act, California Insurance Code § 10199; and (3) unjust enrichment. Complaint, ECF No. 1. Defendant filed its Answer on November 4, 2010. ECF No. 5. The parties have now reached a settlement on Plaintiff's claims. As a result, on December 9, 2010, Plaintiff filed an unopposed Motion seeking: (1) preliminary approval of the parties' proposed settlement; (2) provisional certification a settlement class; (3) approval of a proposed plan for class notice; and (4) dates for a final settlement hearing and hearing on Plaintiff's motion for fees and costs and service award. ECF No. 6. Concurrently, the parties filed a Stipulation pursuant to Local Rules 6-1 and 6-2 requesting that the Court set a hearing date on the Motion for December 16, 2010 – a week after Plaintiff filed the Motion. ECF No. 11.

The Court has considered the parties' request for a hearing date of December 16, 2010. While

1  the Court understands the parties' interest in expeditiously presenting the issues raised in the Motion
2  to the Court for approval, the first available hearing date on the Court's calendar is January 13,
3  2011, at 11:00 a.m.  Accordingly, the Court **HEREBY SETS** the Motion for hearing on that date.  If
4  this presents a scheduling problem for the parties, counsel may contact Judge Beeler's courtroom
5  deputy, Lashanda Scott, at (510) 637-3525 for information about other available dates.  The parties
6  may then submit a stipulation re-setting the hearing for one of the alternative dates provided.

7  **IT IS SO ORDERED.**

8  Dated: December 15, 2010

9  _____
   LAUREL BEELER
   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**