Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    415 543 8700
Facsimile:    415 391 8269

Attorneys for Defendant
Celtic Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA M. THIEROT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELTIC INSURANCE COMPANY,<br><br>Defendant. | Case No. 10-CV-04462-LB<br><br>[PROPOSED] ORDER (1) CHANGING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES, COSTS AND INCENTIVE AWARD AND (2) AMENDING NOTICE TO CLASS WITH THE NEW DEADLINE |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1.    The Court's January 13, 2011 Order (1) Conditionally Certifying Settlement Class and Appointing Class Counsel; (2) Preliminarily Approving Settlement; (3) Approving Notice to Class; and (4) Setting Hearing for Final Approval and Plaintiffs' Motion for Fees and Costs and Service Award (Document No. 17) ("the Order") is hereby amended as follows: (a) The deadline for plaintiff to file her Motion for Fees and Costs and Service Award is changed to March 1, 2011, in order to allow the putative class members the time to review it before the opt out and objection

Case No. 10-CV-04462-LB                           – 1 –

PROPOSED ORDER (1) CHANGING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR FEES, COSTS AND INCENTIVE AWARD AND AMENDING NOTICE

deadline of March 21, 2011; and (b) the class notice attached as Exhibit 3 to the parties' stipulation is approved.

Dated: January 18, 2011

IT IS SO ORDERED

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

US_ACTIVE-105354341.1